UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ann McKenzie, | Civil No. 12-2787 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Mayo Clinic Health System - Lake City, et al., | |
| Defendants. | |

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: December 17, 2013

                                                                s/Susan Richard Nelson
                                                               SUSAN RICHARD NELSON
                                                               United States District Judge